IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON MARTIN                                                                                        PLAINTIFF

V.                                        3:25CV00144 JM

SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER                                                                                    DEFENDANT

**ORDER**

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. No. 12) in the amount of $8,000.00. The Defendant agreed to settle the motion in this amount.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (Dkt. No. 11), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Court finds that the Plaintiff is the prevailing party, and the agreed amount of attorney's fees is reasonable.

Accordingly, it is hereby ORDERED,

(1)   the motion for attorney's fees (Dkt. No. 12) is GRANTED;

(2)   Plaintiff's attorney is entitled to an attorney's fee in the amount of $8,000.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and

(3)   the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 5th day of January, 2026.

_____
James M. Moody Jr
United States District Judge